UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23572-CIV-SIMONTON

**EDUARDO HERNANDEZ CASTILLO,**

    Plaintiff,

v.

**ONE FLAGLER DEVELOPMENT, LLC**, *et al.*,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Joint Motion For Approval of Parties' Settlement Agreement and Stipulated Dismissal With Prejudice (DE # 19). The case has been referred to the undersigned by the Honorable Patricia A. Seitz (DE # 18) upon the parties' consent to jurisdiction by a United States Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. section 636(c) and Federal Rule of Civil Procedure 73.

This case involves claims for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id*. The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id*. at 1354.

In the Joint Motion, the Parties state that they have agreed to settle the claims in this dispute through the entry of a settlement agreement.  The Parties have submitted the executed Settlement Agreement for the undersigned's review.  The undersigned has considered the terms of the Settlement Agreement and the allegations raised in the Plaintiff's Complaint (DE # 1) and Statement of Claim (DE # 7), the Defendant's Answer (DE # 12) and Response to Statement of Claim (DE # 14), the pertinent portions of the record, and is otherwise fully advised in the premises.  Based thereon, the undersigned concludes in this case, there is a bona fide dispute over FLSA provisions.  The Court finds that the Settlement Agreement, including the payment of attorney's fees, is fair and reasonable.

Accordingly, it is hereby

**ORDERED** that the Joint Motion For Approval of Parties' Settlement Agreement and Stipulated Dismissal With Prejudice (DE # 19) is **GRANTED** and the terms of the Settlement Agreement are **APPROVED.**  It is further

**ORDERED** that this matter is **DISMISSED** with prejudice with each Party to bear its own attorney's fees and costs except as otherwise provided under the terms of the Settlement Agreement.  It is further

**ORDERED** that the Court will retain jurisdiction until March 11, 2014, to enforce the terms of the Settlement Agreement.

**DONE AND SUBMITTED** at Miami, Florida, this 10th day of December, 2013.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record via CM/ECF